# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2036 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 23 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 308095 |
| BENJAMIN HART PERKEL, | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 27th day of May, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated May 1, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

ORDERED that Benjamin Hart Perkel is suspended on consent from the Bar of this Commonwealth for a period of two years retroactive to June 12, 2014, and he shall comply with all the provisions of Pa.R.D.E. 217.